**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GERMANTOM INTERNATIONAL GMBH    Plaintiff, <br><br> -v- <br><br> EPOCH MEDIA GROUP, LLC    Defendant. | Case No. _____ <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Germantom International GmbH_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates, and/or subsidiaries of said party which are publicly held.

Date: November 4, 2019

Signature of Attorney

Attorney Bar Code: MS4973

Form Rule7_1.pdf  SDNY Web 10/2007