UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GERMANTOM INTERNATIONAL GMBH,

                       Plaintiff,

-against-

EPOCH MEDIA GROUP, LLC,

                       Defendant.
------------------------------------------------------------ X

**ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION**

19 Civ. 10306 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiff, a German corporation, sues defendant, Epoch Media Group, LLC. The alleged jurisdictional basis is diversity of citizenship, pursuant to 28 U.S.C. § 1332. Limited liability companies are deemed to be citizens of all the states in which their constituents are citizens. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51 (2d Cir. 2000) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185 (1990)); *see also Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1014 (2016) ("While humans and corporations can assert their own citizenship, other entities take the citizenship of their members."). Plaintiff has failed to identify the members of Epoch Media Group, LLC and allege their citizenship.

The complaint is dismissed, with leave to replead an adequate basis of diverse citizenship no later than 30 days from this order.

SO ORDERED.

Dated:    December 20, 2019
            New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/19
```