UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
GERMANTOM INTERNATIONAL GMBH,

        Plaintiff,

-v-

EPOCH TIMES INC., et al.,

        Defendants.
------------------------------------------------------------- x

**ORDER**

20 Civ. 918 (AKH)
19 Civ. 10306 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Plaintiff's cross-motion to amend the complaint to add and remove parties, ECF No. 25, is denied. Case no. 20-cv-918 is duplicative of case no. 19-cv-10306 and is dismissed. The addition and removal of parties, namely, that Epoch Media Group, LLC is to be replaced with Epoch Times, Inc., and Universal Communications Network, Inc., New Tang Dynasty Television, Inc., New Tang Dynasty, and Zhong John Tang may be made only in 19-cv-10306, by motion pursuant to Rule 20, Fed. R. Civ. P. As there is no indication on ECF showing that service of process on Defendants was effectuated within the 90 day period permitted by Rule 4(m), Fed. R. Civ. P. in case 19-cv-10306, Plaintiff may effectuate service on existing, and any additional parties, by February 19, 2021, or obtain consent from defendant to accept service. An amended complaint shall be filed one week after the motion is decided.

    All scheduled conferences in the matter are hereby cancelled. The clerk is instructed to terminate civil case 20-cv-918 and all open motions therein, and to reopen civil case 19-cv-10306.

        SO ORDERED.
Dated:    January 12, 2021        _____/s/_____
        New York, New York        ALVIN K. HELLERSTEIN
                                                          United States District Judge