UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GERMANTOM INTERNATIONAL GMBH,

        Plaintiff,

    -v-

EPOCH MEDIA GROUP, LLC,

        Defendant.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

19 Civ. 10306 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The following addresses the issues raised by the parties by their joint letter dated July 15, 2022.

1. The September 14, 2022 date for trial is canceled.

2. Because of my calendar of criminal trials, only October 13, 2022 at 2:30 pm is available for a summary trial. I recognize that this is a "blacked out" date, but I am not able to schedule an alternative.

3. A summary trial can be useful only if there are no, or few, credibility issues. This means that either (1) oral modifications of the written agreements are not relevant, contrary to many of the allegations of the complaint or (2) that extracts of depositions are sufficient to resolve any issues of credibility, and the parties so stipulate.

4. The parties agree, in advance, that trial will be limited to few exhibits, in addition to the contracts, and few extracts of testimony. All exhibits and extracts will be disclosed five days before trial, or as the parties agree.

5. Plaintiff and Defendant each will have 30 minutes to present their claims and proofs, and 15 minutes each to rebut. No witnesses will be called.

6. The parties must stipulate that trial by jury is waived, and that the court may deliver its findings and conclusions, and deliver judgment, without further proceedings.

7. Briefs are not required, except on issues of law to be exchanged and filed according to a schedule agreed to by the parties.

8. Parties' representatives may, but are not required to, attend.

Plaintiff and Defendant, jointly, shall advise the Court if these conditions are accepted or declined by July 22, 2022.

SO ORDERED.

Dated: July 15, 2022
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge