UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GERMANTOM INTERNATIONAL GMBH,

    Plaintiff,

    -v-

EPOCH MEDIA GROUP, LLC,

    Defendant.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

19 Civ. 10306 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The Court's offer to provide a summary trial is withdrawn. The parties shall appear for a status conference on September 16, 2022, at 10:00 a.m., as previously scheduled.

  SO ORDERED.

Dated: July 22, 2022       /s/ Alvin K. Hellerstein
    New York, New York    ALVIN K. HELLERSTEIN
               United States District Judge