UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GERMANTOM INTERNATIONAL GMBH,           :
                            Plaintiff,           :
                 -v-           :   **ORDER REGULATING PROCEEDINGS**
             :
EPOCH MEDIA GROUP, LLC,           :   19 Civ. 10306 (AKH)
                        Defendant.           :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A status conference was held to regulate proceedings and set further dates in the above-captioned matter.

        The following schedule was established for the parties' motions for summary judgment. The dates are convenient to both sides and the Court.

        Motions for summary judgment and opening briefs shall be filed by October 14, 2022; oppositions shall be filed by October 28, 2022; and if necessary, replies, limited to five pages of documents, shall be filed by November 4, 2022. All dates are final and not adjournable.

        SO ORDERED.

Dated:    September 16, 2022                    /s/ Alvin K. Hellerstein
           New York, New York            ALVIN K. HELLERSTEIN
                                              United States District Judge