UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GERMANTOM INTERNATIONAL GMBH,

          Plaintiff,

      -v-

EPOCH MEDIA GROUP, LLC,

          Defendant.
---------------------------------------------------------------- x

**ORDER**

19 Civ. 10306 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The status conference currently scheduled for January 13, 2023, is adjourned to January 27, 2023, at 10 a.m. The conference will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

    To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

    Finally, no later than January 20, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:    January 12, 2023
           New York, New York

                    /s/ Alvin K. Hellerstein
                    ALVIN K. HELLERSTEIN
                    United States District Judge